# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 13, 2020

In re:

    Nudec, LLC

                      Debtor*

Case Number: 20–50527 jam
Chapter: 7

George I. Roumeliotis

                      Plaintiff(s)

v.

Human Hoist, LLC

                      Defendant(s)

Adversary Proceeding
No.: 20–05021 jam

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court at the address in the lower left corner of this Summons within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Jeffrey Hellman
> Law Offices of Jeffrey Hellman, LLC
> 195 Church Street
> 10th Floor
> New Haven, CT 06510

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED a Pretrial Conference of the proceeding commenced by the filing of the complaint will be held remotely pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID–19. The Pretrial Conference will be held using the ZoomGov platform at:

> **11:00 AM on October 20, 2020**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

| |
|---|
| **ZoomGov Connection Information** |
| **Important Policy Notice to the Bar, Public, and Media** |
| Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073–1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen–shots or any other audio or video reproduction).<br><br>A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court. |
| **ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :** |
| If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect__BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579–5808 for the instructions.<br><br>**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1–877–336–1274 and input the Access Code: 1077800 when prompted. |

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.

Date of Issuance: August 13, 2020

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 – pe

# CERTIFICATE OF SERVICE OF PROCESS

**Case Number: 20–05021**

I,_____(name), certify that service of this summons and a copy of the complaint was made _____(date) by (check one):

☐   **Mail service:** Regular, First Class United States mail, postage fully pre–paid, addressed to:

☐   **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐   **Residence Service:** By leaving the process with the following adult at:

☐   **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐   **Publication:** The defendant was served as follows:

☐   **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                            Signature
                                               _____
                                               Print Name
                                               _____
                                               Business Address
                                               _____
                                               City/State/Zip